UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ZANETA INPOWER,

    Plaintiff,                       Case No: 2:11-cv-12987-PJD-RSW
                                        Hon: Patrick J. Duggan

vs.

MCGRAW LAW FIRM, PLC,

    Defendant.

| MICHIGAN CONSUMER CREDIT LAWYERS<br>GARY D. NITZKIN (P41155)<br>Attorney for Plaintiff<br>22142 West Nine Mile Road<br>Southfield, MI 48034<br>(248) 353-2882 | COLLINS, EINHORN, FARRELL & ULANOFF<br>THERESA M. ASOKLIS (P42709)<br>Attorney for Defendant<br>4000 Town Center, Suite 909<br>Southfield, MI 48075<br>(248) 355-4141 |
|---|---|

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the Plaintiff and Defendants McGraw Law Firm, PLC, that above-entitled cause of action be dismissed with prejudice and without costs.

*/s/ Gary D. Nitzkin*                      */s/ Theresa M. Asoklis*
Gary D. Nitzkin (P41155)              Theresa M. Asoklis (P42709)
Attorney for Plaintiff                      Attorney for Defendant
Dated: August 4, 2011                  Dated: August 4, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ZANETA INPOWER,

    Plaintiff,                       Case No: 2:11-cv-12987-PJD-RSW
                                        Hon: Patrick J. Duggan

vs.

MCGRAW LAW FIRM, PLC,

    Defendant.

_____

ORDER FOR DISMISSAL

At a session of said Court held on:
August 4, 2011.
PRESENT:  HON.  PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Upon reading and filing of the above Stipulation, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action against Defendant McGraw Law Firm, PLC, be and the same is hereby dismissed with prejudice and without costs.

s/Patrick J. Duggan
**Patrick J. Duggan**
**United States District Judge**

**Dated: August 4, 2011**
**I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, August 04, 2011, by electronic and or ordinary mail.**

**s/Marilyn Orem**
**Case Manager**